[No. 13362-1-III.     Division Three.     May 4, 1995.]

TINA RAE HAMILTON, *Appellant*, v. THE COUNTY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-00732-9, Marcus M. Kelly, J., entered May 26, 1993. *Affirmed* by unplublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 33914-1-I.     Division One.     May 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE EUGENE GALLIHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05307-6, Faith Enyeart Ireland, J., entered December 6, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Becker, JJ.

[No. 34154-5-I.     Division One.     May 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARILYN WAKEFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 34154-5, Norma Smith Huggins, J., entered January 21, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.